No. 4730.—Sabater, apldo., v. The Union Central Life Insurance Co., aplte.—C. D. Mayagüez. Nov. 9, 1928.

Por cuanto en este caso se interpuso la apelación en fecha 8 de agosto de 1928, y en 6 de septiembre siguiente la apelante solicitó ante este tribunal una prórroga de 30 días para presentar el récord, que le fué concedida por el juez de turno, y que vence el 8 de octubre de 1928;

Por cuanto aparece del caso que la copia del récord fué presentada ante el secretario de este tribunal el día 4 de octubre de 1928, con fecha posterior a la de la moción de desestimación, pero dentro de la prórroga;

Se declara sin lugar la moción de desestimación presentada por el apelado.

No. 4166.—González, aplte., v. Sociedad Civil ''Peña y Balbás'', aplda.— C. D. San Juan. Nov. 13, 1928. Habiendo sido dictada nuestra sentencia en este caso el 26 de julio de 1928 y comunicada a la corte inferior el 8 de agosto siguiente; vistos los casos de *Schlüter & Co.* v. *González,* 38 D.P.R. 250 y el de *Manrique* v. *Ramírez* citado en aquél, no ha lugar a resolver la moción presentada el 1 de septiembre último para que reconsideremos nuestra sentencia.